STATE v. THORPE

No. 267A89

Case below: 94 N.C. App. 270

Petition by defendant for discretionary review to the North Carolina Court of Appeals pursuant to G.S. 7A-31 denied 6 September 1989.

STATE v. WARD

No. 249P89

Case below: 93 N.C. App. 682

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.

STATE v. WIGGINS

No. 322P89

Case below: 93 N.C. App. 793

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 6 September 1989.

STEELCASE, INC. v. THE LILLY CO.

No. 253P89

Case below: 93 N.C. App. 697

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.

STRICKLAND v. CENTRAL SERVICE MOTOR CO.

No. 270P89

Case below: 94 N.C. App. 79

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.